| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Ryan D O'Dea<br>Shulman Bastian Friedman & Bui LLP<br>100 Spectrum Center Dr Ste 600<br>Irvine, CA 92618<br><br>949-340-3400<br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| In re:<br><br><br>RAC Development, Inc.<br><br><br><br>Debtor(s). | CASE NO.: 2:24-bk-13735-DS<br><br>CHAPTER: 7<br><br><br>ADVERSARY NUMBER: 2:24-ap-01193-DS |
|---|---|
| Sam S. Leslie<br><br><br><br>Plaintiff(s)<br>Versus<br><br>Tin-Jon Syiau<br><br>**(See Attachment A for names of additional defendants)**<br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper-hand corner of this page. The deadline to file and serve a written response is **09/03/2024.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| | |
|---|---|
| **Date:** | **October 8, 2024** |
| **Time:** | **01:00 PM** |
| **Hearing Judge:** | **Deborah J. Saltzman** |
| **Location:** | **255 E Temple St., Crtrm 1639, Los Angeles, CA 90012** |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

**KATHLEEN J. CAMPBELL**
**CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: <u>August 2, 2024</u>

By: <u>    "s/" Dawnette Francis    </u>

Deputy Clerk

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# ATTACHMENT A
## Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Sam S. Leslie | Tin–Jon Syiau<br>Erica Chen<br>Benny Chen<br>Hui Mei "Amy" Cheng<br>Joyce Lu<br>Eva Zhang<br>RAC Shaw Inc.<br>RAC Metropole Inc.<br>REVAA Realty Inc.<br>Dr. TJ Syiau Medical Corporation<br>Home Tch Inc.<br>Arcadia Living LLC<br>Does 1 – 50, Inclusive |

## ATTACHMENT A

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**100 Spectrum Center Drive, Suite 600, Irvine, CA 92618**

A true and correct copy of the foregoing document entitled (*specify*): **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING, COMPLAINT, EARLY MEETING OF COUNSEL AND STATUS CONFERENCE PROCEDURES FOR THE HONORABLE DEBORAH J. SALTZMAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 8, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**INTERESTED PARTY:** Ori S Blumenfeld     oblumenfeld@lakklawyers.com,
ncondren@lakklawyers.com;smcfadden@lakklawyers.com
**CHAPTER 7 TRUSTEE/PLAINTIFF:** Sam S Leslie (TR)     sleslie@trusteeleslie.com,
trustee@trusteeleslie.com;C195@ecfcbis.com
**COUNSEL FOR CHAPTER 7 TRUSTEE:** Elissa Miller     elissa.miller@gmlaw.com,
emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com
**SPECIAL LITIGATION COUNSEL FOR CHAPTER 7 TRUSTEE/PLAINTIFF:** Ryan D O'Dea
rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
**INTERESTED PARTY:** United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **August 8, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 8, 2024 | Anne Marie Vernon | /s/ Anne Marie Vernon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                      **F 9013-3.1.PROOF.SERVICE**

## U.S. MAIL SERVICE

| **Defendant**<br>Tin-Jon Syiau<br>386 Torrey Pines<br>Arcadia, CA 91007 | **Defendant**<br>Erica Chen<br>386 Torrey Pines<br>Arcadia, CA 91007 | **Defendant**<br>Benny Chen<br>139 W. Longden Avenue<br>Arcadia, CA 91007 |
|---|---|---|
| **Defendant**<br>Hui Mei "Amy" Cheng<br>139 W. Longden Avenue<br>Arcadia, CA 91007 | **Defendant**<br>Joyce Lu<br>17846 Gallineta Street<br>Rowland Heights, CA 91748 | **Defendant**<br>Eva Zhang<br>6066 Snapdragon Street<br>Corona, CA 92880 |
| **Defendant – Managing Member & Agent for Service of Process**<br>RAC Shaw, Inc.<br>Attn: TJ Syiau<br>134 W. Olive Avenue<br>Monrovia, CA 91016 | **Defendant – Managing Member & Agent for Service of Process**<br>RAC Metropole Inc.<br>Attn: TJ Syiau<br>134 W. Olive Avenue<br>Monrovia, CA 91016 | **Defendant – Managing Member & Agent for Service of Process**<br>REVAA Realty Inc.<br>Attn: TJ Syiau<br>150 N. Santa Anita Ave, #645<br>Arcadia, CA 91006 |
| **Defendant – Managing Member & Agent for Service of Process**<br>Dr. TJ Syiau Medical Corporation<br>Attn: TJ Syiau<br>134 W. Olive Avenue<br>Monrovia, CA 91016 | **Defendant – Managing Member & Agent for Service of Process**<br>Home TCH Inc.<br>Attn: TJ Syiau<br>134 W. Olive Avenue<br>Monrovia, CA 91016 | **Defendant – Managing Member & Agent for Service of Process**<br>Arcadia Living LLC<br>Attn: Ben Zhang<br>601 Sunset Blvd.<br>Arcadia, CA 91007 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                  **F 9013-3.1.PROOF.SERVICE**